**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN W., individually and on behalf of N.W., a minor<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUECROSS BLUESHIELD of TEXAS,<br><br>Defendant. | Case No. 1:24-cv-2168<br><br>Judge Georgia N. Alexakis |

## PLAINTIFFS' MOTION FOR JUDGMENT UNDER RULE 52

Plaintiff Brian W., individually and on behalf of N.W., a minor, by and through counsel, hereby moves the Court for judgment on the pre-litigation appeal record, pursuant to Fed. R. Civ. P. 52 and the Court's order of April 22, 2026.[1] As directed by the Court, Plaintiff specifically requests that the Court:

(1) enter judgment in his favor on his first claim for relief, i.e., wrongful denial of

benefits under 29 U.S.C. § 1132(a)(1)(B); or

(2) alternatively, find that he has standing to bring his second claim for relief, i.e.,

equitable relief under 29 U.S.C. § 1132(a)(3) based on violations of 29 U.S.C. § 1185a.

Plaintiff's proposed findings of fact and memorandum of law are filed contemporaneously with this Motion.

---

[1] *See* ECF No. 70.

- 2 -

RESPECTFULLY SUBMITTED this Friday, May 22, 2026

> */s/ Brian S. King*
> Brian S. King
> **BRIAN S. KING, P.C.**
> 420 E. South Temple Street, Suite 420
> Salt Lake City, Utah 84111
> Telephone: (801) 532-1739
> brian@briansking.com
>
> *Counsel for Plaintiff*

- 2 -